**DEPT. OF TRANSPORTATION v. SEABOARD SYSTEM RAILROAD**

[328 N.C. 269 (1991)]

DEPARTMENT OF TRANSPORTATION v. SEABOARD SYSTEM RAILROAD, INC.; UNITED STATES TRUST COMPANY OF NEW YORK, TRUSTEE; WILLIAM M. HOWELL, TRUSTEE; ROGER L. MAIN, TRUSTEE; CHEMICAL BANK AND TRUST COMPANY OF NEW YORK, TRUSTEE; L. F. SADLER, TRUSTEE; DUNBAR CORPORATION, OPTIONEE; CHURCH'S FRIED CHICKEN, INC., OPTIONEE; AND COUNTY OF CUMBERLAND

No. 37PA90

(Filed 7 February 1991)

ON plaintiff's petition for discretionary review of the unpublished opinion of the Court of Appeals, which affirmed an order by *Brewer, J.*, at the 22 June 1988 Session of Superior Court, CUMBERLAND County. Heard in the Supreme Court 8 October 1990.

*Lacy H. Thornburg, Attorney General, by John F. Maddrey, Assistant Attorney General, for plaintiff appellant.*

*Rand, Finch & Gregory, P.A., by Anthony E. Rand, and Rose, Ray, Winfrey & O'Connor, P.A., by Ronald E. Winfrey and Steven J. O'Connor, for defendants appellees.*

PER CURIAM.

Discretionary review improvidently allowed.